01
02
03
04
05
06         UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
07                   AT SEATTLE

08 | UNITED STATES OF AMERICA,      )
                                    )
09 |         Plaintiff,              )
                                    ) Case No. MJ08-68
10 |    v.                           )
                                    )
11 | ALFREDO RAMIREZ-REYES,          ) DETENTION ORDER
                                    )
12 |         Defendant.              )
   | _____ )
13

14 Offense charged:

15    Illegal Reentry After Deportation in violation of 8 U.S.C. § 1326(a).

16 Date of Detention Hearing: February 13, 2008.

17    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18 based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

19    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

20    (1)    Defendant is a citizen of Mexico.

21    (2)    An immigration detainer has been placed on defendant by the United States

22 Immigration and Customs Enforcement.

23    (3)    Defendant has stipulated to detention, due to the immigration detainer lodged

24 against him, but reserves the right to contest his continued detention if there is a change in

25 circumstances.

26

DETENTION ORDER                                                         15.13
18 U.S.C. § 3142(i)                                                     Rev. 1/91
PAGE 1

(4) There appear to be no conditions or combination of conditions other than detention that will reasonably assure the defendant's appearance at future Court hearings.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 13th day of February, 2008.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge